**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

IN RE:

DANIEL PHILLIPS

Debtor.

Case No. 19-10166-SAH
(Chapter 7)

# Certificate of Service for Trustee's Motion for Order Approving Compromise of Controversy with Carolyn Rice, and Brief; and Notice of Opportunity for Hearing; and Notice of Hearing (to be Held if a Response is Filed)

This is to certify that on December 6, 2019, a true and correct copy of the Trustee's Motion for Order Approving Compromise of Controversy with Carolyn Rice, and Brief; and Notice of Opportunity for Hearing; and Notice of Hearing (to be Held if a Response is Filed), filed on December 6, 2019 [Doc. No. 22], was forwarded via U.S. Mail, first class, postage prepaid, to those parties listed on the attached matrix.

*s/ Kevin M. Coffey*
Kevin M. Coffey (OBA# 11791)
HARRIS & COFFEY, PLLC
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
405/606-7446 (fax)
E-mail:  kevin@harrisandcoffey.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:  DANIEL PHILLIPS | CASE NO: 19-10166 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No. 22 |

On 12/6/2019, a copy of the following documents, described below,

TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH CAROLYN RICE, AND BRIEF; AND NOTICE OF OPPORTUNITY FOR HEARING; AND NOTICE OF HEARING (TO BE HELD IF A RESPONSE IS FILED) ECF Docket Reference No. 22

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/6/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kevin M. Coffey
Harris and Coffey, PLLC
435 N Walker Ave  Ste 202
Oklahoma City, OK  73102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>10875<br>CASE 19-10166<br>WESTERN DISTRICT OF OKLAHOMA<br>OKLAHOMA CITY<br>FRI DEC 6 11-41-56 CST 2019 | ~~USBC WESTERN DISTRICT OF OKLAHOMA~~<br>~~215 DEAN A MCGEE~~<br>~~OKLAHOMA CITY OK 73102-3426~~ | ATT UNIVERSAL CITI CARD<br>ATTN BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| ATT UNIVERSAL CITI CARD<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | APRIL MARTIN<br>OC PHILLIP SCOTT SPRATT<br>333 NW 5TH SUITE 415<br>OKLAHOMA CITY OKLAHOMA 73102-3048 | APRIL MARTIN AS CUSTODIAL PARENT<br>CO PHILLIP SCOTT SPRATT<br>OKLAHOMA CITY OK 73102 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA<br>4909 SAVARESE CIR<br>TAMPA FL 33634-2413 | BANK OF AMERICA<br>ATTN BANKRUPTCY NC41050277<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 |
| SPRATT LAW FIRM PLLC<br>333 NW 5TH STE 415<br>OKLAHOMA CITY OK 73102-3048 | SYNCHRONY BANKWALMART<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKWALMART<br>PO BOX 965024<br>ORLANDO FL 32896-5024 |
| TINKER FCU<br>ATTN BANKRUPTCY<br>PO BOX 45750<br>TINKER AFB OK 73145-0750 | TINKER FCU<br>PO BOX 45750<br>TINKER AFB OK 73145-0750 | UNITED STATES TRUSTEE<br>UNITED STATES TRUSTEE<br>215 DEAN A MCGEE AVE 4TH FLOOR<br>OKLAHOMA CITY OK 73102-3479 |
| DEBTOR<br>DANIEL PHILLIPS<br>10700 NE 36TH STREET<br>SPENCER OK 73084-5661 | KELLI MCCULLAR<br>231 N BROADWAY<br>SHAWNEE OK 74801-6917 | KEVIN M COFFEY<br>435 N WALKER STE 202<br>OKLAHOMA CITY OK 73102-1810 |